```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

GENEVIEVE CUNNINGHAM,            :
                                 :
        Plaintiff,                :
                                 :    HONORABLE JOSEPH E. IRENAS
    v.                           :
                                 :    CIVIL ACTION NO. 03-4970 (JEI)
STATE OF NEW JERSEY, NEW         :
JERSEY DEPARTMENT OF             :    **ORDER GRANTING SUMMARY**
CORRECTIONS, DEVON BROWN,        :    **JUDGMENT FOR ALL DEFENDANTS**
CHARLES LEONE, DONNA KLEPPER,    :
and CORRECTIONAL MEDICAL         :         (Docket No. 54)
SERVICES, INC.,                  :
                                 :
        Defendants.              :


**APPEARANCES:**

BARRY, CORRADO, GRASSI & GIBSON, P.C.
    By: Frank L. Corrado
        Joseph C. Grassi
2700 Pacific Avenue
Wildwood, NJ  08260
    Counsel for Plaintiff


OFFICE OF THE ATTORNEY GENERAL DIVISION OF LAW
    By: Noreen Patricia Kemether
R.j. Hughes Justice Complex
P.o. Box 112
25 East Market Street
Trenton, NJ  08625
    Counsel for Defendants State of New Jersey, New Jersey
        Department of Corrections, Devon Brown, Charles Leone,
        and Donna Klepper


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on the Motion

for Summary Judgment for State Defendants (Docket No. 54), the

Court having considered the submissions of the parties, and for

1

the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  25th  day of September, 2006,

**ORDERED THAT**

(1) Defendant's Motion for Summary Judgment is hereby **GRANTED** with respect to Counts I and II.

(2) Counts III through VI are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

(3) The Clerk of Court is directed to **CLOSE** this case.

s/*Joseph E. Irenas*
**JOSEPH E. IRENAS, S.U.S.D.J.**